O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 20 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ORTIZ,<br><br>    Petitioner,<br><br>vs.<br><br>FRANCISCO JACQUEZ, (Warden),<br><br>    Respondent. | Case No. CV 10-2745-CJC (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Second Amended Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a _de novo_ review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) petitioner's request for an evidentiary hearing is denied; and (2) Judgment be entered denying the operative Second Amended Petition and dismissing this action with prejudice.

DATED: December 16, 2011

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE