JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 20 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ORTIZ,<br><br>   Petitioner,<br><br>vs.<br><br>FRANCISCO JACQUEZ,<br>(Warden),<br><br>   Respondent. | Case No. CV 10-2745-CJC (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the operative Second Amended Petition is denied and this action is dismissed with prejudice.

DATED: December 16, 2011

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 20 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY